* BECK, APPELLANT, v. THE CITY OF SAN [375] FRANCISCO, RESPONDENT.

APPEAL, WHEN DOES NOT LIE.—An appeal does not lie from an order of the Chancellor making a new party defendant.

APPEAL from the Superior Court of the City of San Francisco.

Mr. Justice HEYDENFELDT delivered the opinion of the Court. Mr. Ch. J. MURRAY concurred.

An appeal does not lie from an order of the Chancellor making a new party defendant.

It may be revised on error, when the whole case is properly brought up.

The appeal is dismissed.